Ya Thaing.
# P-26942 (3C05-239 U)
P.O. Box 3471
Corcoran, CA. 93212-3471.

United States District Court.
Northern District Of California.
Office Of The Clerk.
450 Golden Gate Ave./Box 36060
San Francisco, CA. 94102.

July 29th 2008.



Dear District Court Clerk :  **CV 08  3309 (PR)**

   Enclosed you will find for filing in your Court an Original and One copy of a 28 U.S.C. 2254 Habeas Corpus petition.

   Please also be advised that my daughter will be forwarding the $ 5.00 filing fee around the same time this petition is mailed to the Court.

   If there is any discrepancy regarding this action, please inform me so that I may correct any problem.

   Thanking you in advance for your time and consideration.

Respectfully,

Ya Thaing.

E-filing