```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021585
Cashier ID: almaceh
Transaction Date: 07/23/2008
Payer Name: MARYNA SOM
--------------------------------
WRIT OF HABEAS CORPUS
 For: YA THAING
 Case/Party: D-CAN-3-08-CV-003309-001
 Amount:       $5.00
--------------------------------
MONEY ORDER
 Check/Money Order Num: 11949503242
 Amt Tendered:   $5.00
--------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

WHA (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Maryna Sam
410 Willow Way #2D5
Fernley, NV 89408

RENO NV 895
21 JUL 2008 PM 3 T

"LET US DARE TO
THINK, SPEAK AN[D]
John Adams, 1765
[nonetheless]"

USA FIRST-CLASS

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
Box 36060
San Francisco, Ca. 94102